**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 17-2449**

LARRY ALBERT HURLBURT,

                Plaintiff - Appellant,

        v.

JULIET J. BLACK,

                Defendant - Appellee,

        and

JOSEPH A. BLEDSOE, III,

                Trustee.

Appeal from the United States District Court for the Eastern District of North Carolina, at Wilmington.  Louise W. Flanagan, District Judge.  (7:17-cv-00169-FL)

Submitted: July 26, 2018                        Decided: August 8, 2018

Before TRAXLER and WYNN, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Richard P. Cook, RICHARD P. COOK, PLLC, Wilmington, North Carolina, for Appellant.  James Oliver Carter, CARTER & CARTER, P.A., Wilmington, North Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Larry Albert Hurlburt appeals from the district court's order affirming the bankruptcy court's order rejecting his proposed treatment of Juliet Black's claim in his Chapter 13 bankruptcy case. We have reviewed the record provided on appeal and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Hurlburt v. Black*, No. 7:17-cv-00169-FL (E.D.N.C. Dec. 19, 2017). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*